IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT J. BISHOP,
    Petitioner,

vs.                                         CASE NO.: 3:10cv234/RV/MD

WALTER A. MCNEIL,
    Respondent.

## **O R D E R**

        Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). Petitioner has neither paid the $5.00 filing fee nor applied for leave to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the six-month period immediately preceding the filing of his petition).

        Accordingly, it is ORDERED:

        1.    The Clerk shall forward to the petitioner a form application for leave to proceed *in forma pauperis*. This case number shall be written on the form.

        2.    Within **twenty-eight (28) days** of the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete application for leave to proceed *in forma pauperis*. Failure to do so will result in a recommendation that this case be dismissed.

        DONE AND ORDERED this 13th day of July, 2010.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**