IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT J. BISHOP,
     Petitioner,

vs.                                  Case No.:  3:10cv234/RV/EMT

KENNETH S. TUCKER,
     Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 18, 2012 (doc. 26).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections (doc. 28).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of May, 2012.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**