IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT J. BISHOP,
    Petitioner,

vs.                                        Case No.:  3:10cv234/RV/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 18, 2012 (doc. 26).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (doc. 28).

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

       3.    A certificate of appealability is **DENIED**.

       **DONE AND ORDERED** this 7th day of May, 2012.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**